1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 TRANSWEST CAPITAL, INC.,                    Old Case No: 12-cv-0049 LJO- BAM
                                              New Case No: 12-cv-0049 LJO-DLB
12                  Plaintiff,
                                              **ORDER TO RECUSE MAGISTRATE JUDGE**
13      vs.                                   **AND TO REASSIGN TO ANOTHER**
                                              **MAGISTRATE JUDGE**
14 CASHLESS CONCEPTS, INC., *et. al.*,

15                  Defendants.

16 _____/

17

18        On the basis of good cause, United States Magistrate Judge Barbara A. McAuliffe recuses herself

19 from all future proceedings of the present action. The Clerk of the Court has reassigned this action

20 to the docket of a different Magistrate Judge.  The new case number shall be **1:12cv0049LJO-**

21 **DLB**.  All future pleadings shall be so numbered.  Failure to use the correct case number may

22 result in delay in your documents being received by the correct judicial officer.

23        IT IS SO ORDERED.

24 **Dated:   June 19, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1