Michael J. Lampe  #082199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone:   559-738-5975
Facsimile:   559-738-5644

Attorneys for Plaintiffs, TRANSWEST CAPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWEST CAPITAL, INC., a California Corporation,<br>           Plaintiffs,<br><br>vs.<br><br>CASHLESS CONCEPTS, INC., a Texas Corporation dba Rental Transport Services; DANNY RAY DIGMAN, an individual ; UNITED RENTALS, INC., a Delaware corporation, SCHENKER LOGISTICS, Inc., a North Carolina corporation, and Does 1 through 20, inclusive,<br><br>           Defendants. | Case No. 1:12-cv-00049-LJO-BAM<br><br>STIPULATION FOR DISMISSAL OF UNITED RENTALS NORTHWEST, INC. ONLY;<br><br>[PROPOSED] ORDER |
| AND RELATED CROSS-ACTIONS | |

IT IS HEREBY STIPULATED by and between Plaintiff Transwest Capital, Inc. and Defendant United Rentals Northwest, Inc., parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ONLY Defendant United Rentals Northwest, Inc. is hereby dismissed from this action with prejudice.

---

STIPULATION FOR DISMISSAL OF UNITED RENTALS, INC. ONLY; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: March 21, 2013 | /s/ Michael P. Smith |
| 2 | | LAW OFFICES OF MICHAEL J. LAMPE, Attorneys for Plaintiff Transwest Capital, Inc. |
| 3 | | By: Michael P. Smith |

Dated: April 26, 2013    /s/ Thomas M. Murphy
                        SUTTON & MURPHY,
                        Attorneys for Defendant United Rentals Northwest, Inc.
                        By: Thomas M. Murphy

## ORDER

The parties having so stipulated,

Defendant United Rentals Northwest, Inc. is the ONLY defendant that is hereby dismissed from this action with prejudice. The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   April 26, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF UNITED RENTALS, INC. ONLY; [PROPOSED] ORDER