IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWEST CAPITAL, INC., | CASE NO. CV F 12-0049 LJO BAM |
| Plaintiff, | **ORDER ON REMAINING MATTERS AND TO SET SETTLEMENT CONFERENCE** |
| vs. | |
| CASHLESS CONCEPTS, INC., et al., | |
| Defendants. / | |
| AND RELATED ACTIONS. / | |

This Court conducted a May 1, 2013 conference. Plaintiff Transwest Capital, Inc. ("Transwest") appeared by counsel Michael P. Smith. Defendant Schenker Logistics, Inc. ("Schenker") appeared by counsel Leonard Herr. No other party appeared. For the reasons stated on the record and on the basis of good cause, this Court:

    1.    SETS a settlement conference for May 15, 2013 at 9 a.m. before U.S. Magistrate Judge Barbara McAuliffe in Dept. 8. The parties waive any potential conflicts of interest as to Magistrate Judge McAuliffe;

    2.    DISMISSES without prejudice the crossclaims of Schenker and former defendant United Rentals, Inc. ("United Rentals") against defendants Danny Digman ("Digman") and

1

Cashless Concepts, Inc. dba Rental Transport Services ("RTS");

3. STRIKES the answers, if any, of Digman and RTS to Transwest's complaint and Schenker's and United Rentals' cross-claims;

4. ORDERS Transwest, no later than May 22, 2013, to seek entry of default and default judgment against Digman and RTS; and

5. ORDERS counsel for Transwest and Schenker, no later than May 15, 2013, to telephone Gary Green at (559) 499-5683 to inform whether settlement has been reached and whether deadlines to prepare for trial must be set.

IT IS SO ORDERED.

Dated:   **May 1, 2013**              /s/  Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE