1  Leonard C. Herr, #081896
   Ron Statler, #234177
2  Alex E. Thompson, #280919
   DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
3  Attorneys at Law, LLP
   100 Willow Plaza, Suite 300
4  Visalia, California  93291
   Telephone:  (559) 636-0200
5

6  Attorneys for Defendant,
         SCHENKER LOGISTICS, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TRANSWEST CAPITAL, INC., a California Corporation, | CASE NO.: 1:12-cv-00049-LJO-BAM |
| 12 | |
| 13           Plaintiff,<br>         v. | **EX PARTE APPLICATION AND ORDER TO PERMIT PARTY TO PARTICIPATE IN SETTLEMENT CONFERENCE TELEPHONICALLY** |
| 14  CASHLESS CONCEPTS, INC., A Texas Corporation dba Rental Transport Services; DANNY RAY DIGMAN, AN INDIVIDUAL; UNITED RENTALS, INC., a Delaware corporation; SCHENKER LOGISTICS, Inc., a North Carolina corporation, and Does 1 through 20, inclusive,<br><br>         Defendants. | |

21        I, LEONARD C. HERR, declare as follows:

22        1.    I am duly licensed to practice law before all courts of the State of

23 California and am the attorney of record for the Defendant, Schenker Logistics

24 Inc. in the matter entitled, *Transwest Capital Inc. v. Cashless Concepts Inc.,* et al.,

25 United States District Court case number 1:12-cv-00049-LJO-BAM.  If called

26 upon as a witness, I could testify to the matters set forth herein truly and

27 competently.

28        2.    On May 1, 2013 I participated in the Final Pretrial Conference in this

DOOLEY, HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

1 case, presided over by the Honorable Lawrence J. O'Neill, District Court Judge
2 presiding. At that time Judge O'Neill inquired as to whether further settlement
3 discussions might be productive in this case. I responded in the affirmative, as did
4 opposing counsel Michael P. Smith.

5     3.    On May 6, 2013, District Court's Honorable Barbara A. McAuliffe,
6 Magistrate Judge presiding issued an order which provides in part, "unless
7 otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u>
8 shall appear at the settlement conference <u>with the parties and the person or</u>
9 <u>persona having full authority</u> to negotiate and settle the case, on any terms, at the
10 conference." (Doc. 36 P1:19-22 underlining in original).

11     4.    My client is a corporation. The person with whom I deal on behalf of
12 my client is a resident of Tarrytown, New York and is not available to travel to
13 California for the settlement conference scheduled for May 15, 2013 at 9:00 a.m.
14 Additionally, the costs of traveling from New York to California with minimum
15 notice will result in substantial air fares. Therefore, I respectfully request that my
16 client's representative be permitted to participate in the May 15, 2013 settlement
17 conference telephonically.

18     I declare under penalty of perjury under the laws of the State of California
19 that the foregoing is true and correct.

20     Executed this 7th day of May, 2013 at Visalia, California.

21
22                                          /s/ Leonard C. Herr
23                                       LEONARD C. HERR

24 ///
25 ///
26 ///
27 ///
28 ///

DOOLEY, HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**ORDER**

Upon good cause being shown, the corporate representative for Defendant Schenker Logistics, Inc., with full settlement authority may participate in the May 15, 2013 Settlement Conference telephonically.  Schenker's representative should be continuously available for the entirety of the settlement conference. If the Court finds that the settlement conference will not be a meaningful attempt to resolve all or part of this case, the Court will vacate the settlement conference.

IT IS SO ORDERED.

Dated:  **May 8, 2013**                              /s/ Barbara A. McAuliffe

UNITED   STATES   MAGISTRATE JUDGE

DOOLEY, HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200