# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWEST CAPITAL, INC., | Case No. 1:12-cv-00049-LJO-SAB |
| Plaintiff, | ORDER RE: NOTICE OF PARTIAL SETTLEMENT |
| v. | |
| CASHLESS CONCEPTS, INC., et al., | |
| Defendants. | |

On July 1, 2013, Plaintiff Transwest Capital, Inc. ("Plaintiff") filed a Notice of Partial Settlement informing the Court that a settlement has been reached between Plaintiff and Defendant Schenker Logistics, Inc. ("Schenker"). (ECF No. 54.) The only claims remaining in this action are Plaintiff's claims against Defendants Cashless Concepts, Inc. and Danny Ray Digman.[1]

In light of the Notice of Partial Settlement, the motions in limine hearing date on July 12, 2013 and the trial date on July 23, 2013 are vacated. Plaintiff and Schenker shall file dispositive documents with respect to Plaintiff's claims against Schenker **within thirty (30) days of the date of service of this order.**

/ / /

---

[1] Default was entered against Cashless Concepts, Inc. and Danny Ray Digman on May 28, 2013. (ECF No. 51.)

1

1    Plaintiff indicates that it intends to file an application for default judgment against
2 Cashless Concepts, Inc. and Danny Ray Digman to resolve the remaining claims in this action.
3 The Court orders Plaintiff to file its application for default judgment **within twenty-one (21)**
4 **days of the date of service of this order.**

5    Based upon the foregoing, it is HEREBY ORDERED that:

6    1.  The motions in limine hearing date (July 12, 2013) and trial date (July 23, 2013)
7        in this matter are VACATED;

8    2.  Plaintiff and Schenker shall file dispositive documents with respect to Plaintiff's
9        claims against Schenker **within thirty (30) days of the date of service of this**
10       **order**; and

11   3.  Plaintiff shall file its application for default judgment against Defendants Cashless
12       Concepts, Inc. and Danny Ray Digman **within twenty-one (21) days of the date**
13       **of service of this order.**

IT IS SO ORDERED.

Dated:   **July 1, 2013**

UNITED STATES MAGISTRATE JUDGE