# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWEST CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASHLESS CONCEPTS, INC., et al., <br><br> Defendants. | Case No.  1:12-cv-00049-SAB <br><br> ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS <br><br> ECF NO. 57, 58 |

On July 26, 2013, Plaintiff Transwest Capital, Inc. ("Transwest") and Defendant Schenker Logistics, Inc. ("Schenker") filed a stipulation to extend the deadline to file dispositive documents from July 31, 2013 to August 23, 2013.  (ECF Nos. 57, 58.)

Good cause having been shown, it is HEREBY ORDERED that Transwest and Schenker shall have up to and including August 23, 2013 by which to file dispositive documents in this action.

IT IS SO ORDERED.

Dated:  **July 29, 2013**

UNITED STATES MAGISTRATE JUDGE

1