UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWEST CAPITAL, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CASHLESS CONCEPTS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:12-cv-00049-SAB<br><br>ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT SCHENKER LOGISTICS, INC.<br><br>(ECF No. 62) |

IT IS HEREBY STIPULATED by and between Plaintiff Transwest Capital, Inc. and Defendant Schenker Logistics, Inc., parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ONLY Defendant Schenker Logistics, Inc. is hereby dismissed from this action with prejudice.

Dated: August 8, 2013　　　　/s/ Michael P. Smith
　　　　　　　　　　　　　　LAW OFFICES OF MICHAEL J. LAMPE,
　　　　　　　　　　　　　　Attorneys for Plaintiff Transwest Capital, Inc.
　　　　　　　　　　　　　　By: Michael P. Smith

Dated: August 8, 2013　　　　/s/ Leonard C. Herr, Jr. #081896
　　　　　　　　　　　　　　DOOLEY, HERR, PEDERSEN &
　　　　　　　　　　　　　　BERGLUND BAILEY LLP
　　　　　　　　　　　　　　Attorneys for Defendant Schenker Logistics
　　　　　　　　　　　　　　By: Leonard C. Herr

///

ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant Schenker Logistics, Inc., ONLY, is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   August 15, 2013

UNITED STATES MAGISTRATE JUDGE